STATE of Missouri, Plaintiff/Respondent,

v.

Lamont GORDON, Defendant/Appellant.

Lamont GORDON, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

Nos. 61806, 63489.

Missouri Court of Appeals, Eastern District, Division One.

Dec. 7, 1993.

Robert E. Steele, Jr., Asst. Appellate Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his conviction, by a jury, of possession of a controlled substance, § 195.202, RSMo Supp.1992. He was sentenced by the court as a prior and persistent, class X, minimum term offender and a prior and persistent drug offender. He also appeals the denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. We affirm.

We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous. A written opinion would have no precedential value nor serve any jurisprudential purpose. Rule 30.25(b); Rule 84.16(b).